### ELLEN H. PARKER *vs.* GENEVA VALLERAND ET AL.

Androscoggin.    Decided October 4, 1939.    No sufficient foundation was laid for this bill in equity under Revised Statutes, Chapter 118, Section 52, *et seq.,* to remove a cloud on the title to certain real estate the real title to which, or to an undivided interest in common therein, plaintiff alleges vested in herself.

A cloud on title is something, such as a mortgage, deed or other instrument, which can be pointed out, and which, as a semblance of title, either legal or equitable, has some appearance of casting a valid objection over the true owner's title.

There was no such showing at the trial below. Exceptions over-

520

ruled. Appeal dismissed. Decree below affirmed. *Seth May*, for plaintiff. *Clifford & Clifford*, for defendants.